# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Walter Chruby *et al.*  )<br>    Plaintiffs and Class Representatives  )<br> )<br> )<br> )<br>v.  )<br> )<br>Global Tel*Link Corporation  )<br>    Defendant  )<br> ) | C.A. No. 1:14 cv 456<br>(GBL/TRJ)<br>JURY TRIAL |

## NOTICE OF NON-SERVICE

Pursuant to F.R.C.P. 5(d), Plaintiffs hereby advise that Court that they do not intend to serve the summons issued by the Court on July 16, 2014, on Secretary Wetzel, Commonwealth of Pennsylvania, and the Pennsylvania Department of Correction (hereinafter "PADOC"). Although this action is a class action that Plaintiffs will be seeking to certify in the near future, Plaintiffs never served PADOC, and thus this notice does not constitute a dismissal requiring court approval pursuant to F.R.C.P. 23(e).

August 22, 2014

                                                /s/Susan L. Burke
                                                Susan L. Burke
                                                Virginia Bar No. 27769
                                                LAW OFFICES OF SUSAN L.
                                                BURKE (Burke PLLC)
                                                1611 Park Avenue
                                                Baltimore, MD 21217
                                                Telephone: (410) 733-5444
                                                Facsimile: (410) 733-5444
                                                sburke@burkepllc.com

2

      */s/ Robert F. Morris*
Robert F. Morris
Mark Clemm
David Jacquette
Morris Clemm & Wilson PC
527 Plymouth Road
Suite 416
Plymouth Meeting, PA 19462
Telephone: (610) 825-0500
Facsimile: (610) 834-1776
rmorris@morrisclemm.com
(seeking *pro hace* admissio

## CERTIFICATE OF SERVICE

I, Susan L. Burke, certify that on this 22nd day of August, 2014, the foregoing Notice was filed and served via email and regular mail on counsel for Defendant GTL:

Michael R. Sklaire
Greenberg Traurig
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22101
sklaire@gtlaw.com

  /s/Susan L. Burke
Susan L. Burke
Virginia Bar No. 27769
LAW OFFICES OF SUSAN L. BURKE (Burke PLLC)
1611 Park Avenue
Baltimore, MD 21217
Telephone: (410) 733-5444
Facsimile: (410) 733-5444
sburke@burkepllc.com